

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2022

No. 04-22-00014-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Liza A. Rodriguez, Justice

On December 22, 2021, the trial court signed an order entitled "Interim Order for Deposit." On December 23, 2021, the trial court signed an order entitled "Order on Motion to Enforce" (collectively, "the sanctions orders"). The sanctions orders required the relator to pay more than $653,000.00 in sanctions for its failure to find a foster home placement for the child, N.P., who is the subject of the underlying proceedings. The sanctions orders also stated sanctions in the amount of $1,000.00 per day would continue to accrue until the child was placed.

On December 23, 2021, relator filed a "Motion for Reconsideration/Rehearing and Motion for Stay," requesting the trial court either reconsider or stay its "Interim Order for Deposit" and "Order on Motion to Enforce."

On January 7, 2022, the relator filed a petition for writ of mandamus challenging the trial court's sanction orders. On January 11, 2022, the real party filed a response to the petition. On January 13, 2022, relator filed an amended petition for a writ of mandamus.

On January 19, 2022, we granted the relator's second amended motion for temporary emergency relief and stayed the sanctions orders challenged in the relator's amended mandamus petition. On January 20, 2022, the trial court heard relator's "Motion for Reconsideration/Rehearing and Motion for Stay," filed on December 23, 2021. On February 4, 2022, the trial court signed an order entitled "Order on Department's Motion to Reconsider/Stay." This order more than doubled the sanctions imposed by the previous sanctions orders and stated sanctions in the amount of $2,500.00 per day would continue to accrue until the child was placed.

---

[1] This proceeding arises out of Cause No. 2017-PA-01702, styled *In the Interest of N.P.*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

On February 9, 2022, the relator filed an "Amended Motion for Review of Further Orders" requesting we review the trial court's "Order on Department's Motion to Reconsider/Stay" in this original proceeding. The relator's amended motion for review of further orders is GRANTED. *See* TEX. R. APP. P. 29.6.

On February 2, 2022, the relator filed a "Second Motion for Temporary Emergency Relief" seeking a stay of the trial court's "Order on Department's Motion to Reconsider/Stay," a "stay of further sanction orders regarding the child's placement and services," and a "stay of any contempt proceedings, sanctions, or incarceration of Department representatives" until we address the underlying issues in the relator's amended petition for mandamus. On February 7, 2022, the real party filed a response to the second motion for temporary emergency relief.

The relator's second motion for temporary emergency relief is GRANTED. *See* TEX. R. APP. P. 52.10(b). The trial court's order entitled "Order on Department's Motion to Reconsider/Stay," signed on February 4, 2022, is STAYED pending further order of the court. Any further sanctions or contempt proceedings regarding the child's placement and services are STAYED pending further order of the court.

The relator's amended mandamus petition remains pending before the court.

It is so **ORDERED** on February 15, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court